

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2021

No. 04-20-00304-CV

**1776 ENERGY PARTNERS, LLC** and 1776 Energy Operators, LLC,
Appellants

v.

**MARATHON OIL EF, LLC** and Marathon Oil EF II, LLC,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 17-02-00033-CVK
Honorable Russell Wilson, Judge Presiding

# O R D E R

In this cross-appeal, on April 5, 2021, appellees/cross-appellants Marathon Oil EF LLC and Marathon Oil EF II LLC (collectively, "Marathon") filed a motion to extend the time to file opening briefs and to adopt a consolidated briefing schedule. Appellants/cross-appellees 1776 Energy Partners, LLC and 1776 Energy Operators, LLC (collectively, "1776") oppose the motion. On May 3, 2021, Marathon and 1776 filed a joint notice, in which they agree and confirm that the reporter's record appears complete.

Marathon's motion is GRANTED IN PART. It is ORDERED that 1776's opening brief is due on July 1, 2021. It is further ORDERED that Marathon's combined response brief and opening brief is due thirty days after the filing of 1776's opening brief. It is further ORDERED that 1776's combined reply brief and response brief is due thirty days after the filing of Marathon's combined response brief and opening brief. It is further ORDERED that Marathon's reply brief is due fifteen days after the filing of 1776's combined reply brief and response brief.

This order does not limit the parties from seeking extensions of time to file their briefs or for increases to word limitations.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court